## IN RE WILLIAM D.

The respondent's petition for certification for appeal from the Appellate Court, 97 Conn. App. 600 (AC 26688), is granted, limited to the following issue:

"Whether the Appellate Court properly concluded that the term 'child' as used in General Statutes § 46b-141 (b) did not have the meaning defined under General Statutes § 46b-120 (1), but rather referred to a person who was previously committed as a delinquent under the provisions of § 46b-141 (a)?"

The Supreme Court docket number is SC 17783.

*D. Keith Foren*, assistant public defender, in support of the petition.

*Maura Murphy-Osborne,* assistant attorney general, in opposition.

Decided November 29, 2006